UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF REQUEST TO       :
MAKE PUBLIC LIST OF               :   Case No. 19-MC-00058 (BAH)
INVESTIGATIVE MATTERS             :
RELATED TO SPECIAL COUNSEL'S      :
INVESTIGATION                     :

## GOVERNMENT'S STATUS REPORT

The United States of America, by and through its attorney, Jessie K. Liu, the United States Attorney for the District of Columbia, submits this status report regarding the request to make public the lists of investigative matters related to the Special Counsel's investigation.

The government has reviewed the sealed lists of docket information filed on this docket by the Court, and expects to have no objection to the public release of the vast majority of that information. However, there are a few entries on the lists that the government may request be redacted from a public release to protect ongoing law enforcement interests. Accordingly, the government respectfully requests that the Court permit the government to propose a very limited set of redactions to the sealed lists of docket information on or before June 18, 2019.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

BY:   /s/ *Jonathan Kravis*
JONATHAN KRAVIS
Assistant United States Attorney

ADAM C. JED
Special Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, NW
Washington, D.C. 20530

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF REQUEST TO | : | |
| MAKE PUBLIC LIST OF | : | Case No. 19-MC-00058 (BAH) |
| INVESTIGATIVE MATTERS | : | |
| RELATED TO SPECIAL COUNSEL'S | : | |
| INVESTIGATION | : | |

## PROPOSED ORDER

Upon consideration of the government's status report, and the request to submit proposed redactions by June 18, 2019 contained therein, it is hereby

ORDERED that the government shall submit its proposed redactions to the lists of docket information filed on the docket in this matter on or before June 18, 2019.

Date: May ___, 2019                                         _____
                                                            Hon. Beryl Howell
                                                            Chief United States District Judge