# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF REQUEST TO | : | |
| MAKE PUBLIC LIST OF | : | Case No. 19-MC-00058 (BAH) |
| INVESTIGATIVE MATTERS | : | |
| RELATED TO SPECIAL COUNSEL'S | : | |
| INVESTIGATION | : | |

## PROPOSED ORDER

Upon consideration of the government's status report, and the request to submit proposed redactions by June 18, 2019 contained therein, it is hereby

ORDERED that the government shall submit its proposed redactions to the lists of docket information filed on the docket in this matter on or before June 18, 2019.

Date: May ___, 2019               _____
                                  Hon. Beryl Howell
                                  Chief United States District Judge