UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF REQUEST TO | : | |
| MAKE PUBLIC LIST OF | : | Case No. 19-MC-00058 (BAH) |
| INVESTIGATIVE MATTERS | : | |
| RELATED TO SPECIAL COUNSEL'S | : | |
| INVESTIGATION | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney T. Patrick Martin, hereby informs the Court that Mr. Martin is entering his appearance as counsel in this matter on behalf of the United States.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar Number 472845

By: /s/_____
T. Patrick Martin
Assistant United States Attorney
D.C. Bar Number 471965
U.S. Attorney's Office
555 Fourth Street NW
Washington, DC 20530
(202) 252-7732