# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF REQUEST TO    : | |
| MAKE PUBLIC LIST OF            : | Case No. 19-MC-00058 (BAH) |
| INVESTIGATIVE MATTERS          : | |
| RELATED TO SPECIAL COUNSEL'S   : | |
| INVESTIGATION                  : | |

## NOTICE OF APPEARANCE

The United States of America, by and through the Assistant Attorney General for National Security, informs the Court that Department of Justice Deputy Chief Sean M. Newell and Trial Attorney Heather N. Alpino are entering their appearance as counsel in this matter on behalf of the United States.

        Respectfully submitted,

        JOHN C. DEMERS
        Assistant Attorney General
        NY Bar No. 4040432

BY:  /s/ *Sean M. Newell*
      Sean Newell
      Deputy Chief
      NY Bar No. 4463774
      sean.newell@usdoj.gov
      Heather N. Alpino
      Trial Attorney
      MD Bar No. 1412160014
      heather.alpino@usdoj.gov

      National Security Division
      Counterintelligence and Export Control Section
      950 Pennsylvania Ave. NW
      Washington, DC 20530
      (202) 233-0986