UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF REQUEST TO   : | |
| MAKE PUBLIC LIST OF                       : | Case No. 19-MC-00058 (BAH) |
| INVESTIGATIVE MATTERS             : | |
| RELATED TO SPECIAL COUNSEL'S  : | |
| INVESTIGATION                                : | |

**GOVERNMENT'S STATUS REPORT**

The United States of America, by and through the United States Attorney for the District of Columbia and the Department of Justice, National Security Division, submits this status report regarding the request to make public the lists of investigative matters related to the Special Counsel's investigation. The government respectfully requests that the Court redact certain information contained in those lists, in order to protect law enforcement and intelligence interests. The government is filing, in camera and ex parte, its proposed redactions and a declaration explaining the bases for those redactions.

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General for National Security

JESSIE K. LIU
United States Attorney
DC Bar Number 472845

By: /s/
Sean Newell
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 233-0986

By: /s/
T. Patrick Martin
Assistant United States Attorney
DC Bar Number 471965
United States Attorney's Office
555 Fourth Street NW
Washington, D.C. 20530
(202) 252-7732

Dated: June 18, 2019