**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN THE MATTER OF REQUEST TO | : | |
| MAKE PUBLIC LIST OF | : | Case No. 19-MC-00058 (BAH) |
| INVESTIGATIVE MATTERS | : | |
| RELATED TO SPECIAL COUNSEL'S | : | |
| INVESTIGATION | : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through the Assistant Attorney General for National Security, informs the Court that Department of Justice Trial Attorney Heather N. Alpino is entering her appearance as counsel in this matter on behalf of the United States.

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General
NY Bar No. 4040432

By: /s/ *Heather N. Alpino*
Heather N. Alpino
Trial Attorney
National Security Division
Counterintelligence and Export Control Section
MD Bar No. 1412160014
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 233-0986
heather.alpino@usdoj.gov