# ATTACHMENT C

List of docket numbers, with limited associated information, for pen register and/or trap and trace applications for orders under 18 U.S.C. §§ 3122 and 3123(b), filed by the Special Counsel's Office

| Case Number/Title | Dates | Category/ Event |
|---|---|---|
| 1:17-mc-01640-BAH *SEALED* APPLICATION OF USA FOR PRTT ORDER FOR ONE CELLULAR TELEPHONE NUMBER SERVICED BY AT&T WIRELESS FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. 1014 AND OTHER OFFENSES CASE CLOSED on 07/13/2017 | Entered: 07/12/2017 15:01:55 Filed: 07/12/2017 | Category: cmp Event: Application for Pen Register Document: 1 |
| | \multicolumn{2}{l|}{Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)} |
| 1:17-mc-01641-BAH *SEALED* APPLICATION OF USA FOR PRTT ORDER FOR ONE EMAIL ACCOUNT(S) SERVICED BY GOOGLE FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. 1014 AND OTHER OFFENSES CASE CLOSED on 07/13/2017 | Entered: 07/12/2017 15:05:09 Filed: 07/12/2017 | Category: cmp Event: Application for Pen Register Document: 1 |
| | \multicolumn{2}{l|}{Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)} |
| 1:17-mc-01748-BAH *SEALED* APPLICATION OF UNITED STATES FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF | Entered: 07/25/2017 10:35:46 Filed: 07/25/2017 | Category: misc Event: Application for Pen |

| | | |
|---|---|---|
| PEN REGISTER AND TRAP AND TRACE DEVICES FOR ONE CELLULAR TELEPHONE SERVICED BY VERIZON FOR INVESTIGATION OF CASE CLOSED on 07/25/2017 | | Register Document: 1 |
| | APPLICATION for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service on a cellular telephone number by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) | |
| 1:17-mc-01749-BAH *SEALED* APPLICATION OF UNITED STATES FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICES FOR ONE CELLULAR TELEPHONE SERVICED BY AT&T FOR INVESTIGATION OF CASE CLOSED on 07/25/2017 | Entered: 07/25/2017 10:40:40 Filed: 07/25/2017 | Category: cmp Event: Application for Pen Register Document: 1 |
| | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) | |
| 1:17-mc-01851-BAH *SEALED* APPLICATION OF USA FOR PRTT ORDER FOR ONE CELLULAR TELEPHONE NUMBER SERVICED BY AT&TWIRELESS FOR INVESTIGATION OF VIOLATION OF 18 USC 1014 CASE CLOSED on 01/19/2018 | Entered: 07/31/2017 16:23:23 Filed: 07/31/2017 | Category: cmp Event: Application for Pen Register Document: 1 |

| | | |
|---|---|---|
| | | Application for Order authorizing the installation and use of apen register, trap and trace, and caller identification service filed pen register, trap and trace, and caller identification service filedby UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) |
| 1:17-mc-01909-BAH *SEALED* APPLICATION OF USA FOR PRTT ORDER FOR ONE CELLULAR TELEPHONE NUMBER SERVICED BY AT&TWIRELESS FOR INVESTIGATION OF VIOLATION OF 18 USC 1014 CASE CLOSED on 08/07/2017 | Entered: 08/07/2017 14:29:07 Filed: 08/07/2017 | Category: cmp Event: Application for Pen Register Document: 1 |
| | | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) |
| 1:17-mc-02470-BAH *SEALED* APPLICATION OF USA FOR PRTT ORDER FOR ONE CELLULAR TELEPHONE NUMBER SERVICED BY AT&TWIRELESS FOR INVESTIGATION OF VIOLATION OF 18 USC 1014 CASE CLOSED on 10/03/2017 | Entered: 10/03/2017 10:36:28 Filed: 10/03/2017 | Category: cmp Event: Application for Pen Register Document: 1 |
| | | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) |
| 1:17-mc-03416-BAH *SEALED* APPLICATION OF USA FOR PRTT ORDER FOR ONE CELLULAR TELEPHONE NUMBER SERVICED BY AT&T WIRELESS FOR | Entered: 12/20/2017 15:39:24 Filed: 12/20/2017 | Category: cmp Event: Application for Pen Register Document: |

| | | |
|---|---|---|
| INVESTIGATION OF VIOLATION OF 18 U.S.C. 1014 AND OTHER OFFENSES CASE CLOSED on 12/21/2017 | | 1 |
| | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) | |
| 1:18-pr-00069-BAH *SEALED* APPLICATION OF USA FOR PRTT ORDER FOR ONE EMAIL ACCOUNT(S) SERVICED BY GOOGLE FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. 1014 AND OTHER OFFENSES CASE CLOSED on 02/27/2018 | Entered: 02/27/2018 10:08:23 Filed: 02/27/2018 | Category: cmp Event: Application for Pen Register Document: 1 |
| | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) | |
| 1:18-pr-00119-BAH *SEALED* APPLICATION OF THE USA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PRTT CASE CLOSED on 04/13/2018 | Entered: 04/13/2018 14:21:44 Filed: 04/13/2018 | Category: cmp Event: Application for Pen Register Document: 1 |
| | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) | |
| 1:18-pr-00131-BAH *SEALED* APPLICATION OF USA FOR PRTT ORDER RELATING TO ONE [REDACTED] ACCOUNT | Entered: 04/20/2018 14:35:20 Filed: | Category: cmp Event: Application for Pen |

| | | |
|---|---|---|
| CASE CLOSED on 04/20/2018 | 04/20/2018 | Register Document: 1 |
| | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) | |
| 1:18-pr-00132-BAH *SEALED* APPLICATION OF USA FOR PRTT ORDER RELATING TO TWO EMAIL ACCOUNTS CASE CLOSED on 04/20/2018 | Entered: 04/20/2018 14:37:57 Filed: 04/20/2018 | Category: cmp Event: Application for Pen Register Document: 1 |
| | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) | |
| 1:18-pr-00133-BAH *SEALED* APPLICATION OF USA FOR PRTT ORDER RELATING TO TWO APPLE EMAIL ACCOUNTS CASE CLOSED on 04/20/2018 | Entered: 04/20/2018 14:41:18 Filed: 04/20/2018 | Category: cmp Event: Application for Pen Register Document: 1 |
| | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) | |
| 1:18-pr-00163-BAH *SEALED* APPLICATION OF USA FOR AN ORDER AUTHORIZING THE INSTALLATION AND US OF | Entered: 05/17/2018 14:22:56 Filed: | Category: cmp Event: Application for Pen |

| | | |
|---|---|---|
| PRTT<br>CASE CLOSED on 05/17/2018 | 05/17/2018 | Register<br>Document:<br>1 |
| | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order Google, # 2 Text of Proposed Order Microsoft) | |
| 1:18-pr-00164-BAH *SEALED* APPLICATION OF USA FOR AN ORDER AUTHORIZING THE INSTALLATION AND US OF PRTT<br>CASE CLOSED on 06/27/2018 | Entered:<br>05/17/2018<br>14:24:12<br>Filed:<br>05/17/2018 | Category: cmp<br>Event:<br>Application for Pen Register<br>Document:<br>1 |
| | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) | |
| 1:18-pr-00172-BAH *SEALED* APPLICATION OF USA FOR AN ORDER AUTHORIZING THE INSTALLATION AND US OF PRTT<br>CASE CLOSED on 05/24/2018 | Entered:<br>05/25/2018<br>11:28:00<br>Filed:<br>05/24/2018 | Category: cmp<br>Event:<br>Application for Pen Register<br>Document:<br>1 |
| | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) | |
| 1:18-pr-00250-BAH *SEALED* APPLICATION OF USA FOR AN ORDER AUTHORIZING THE INSTALLATION AND US OF PRTT | Entered:<br>08/10/2018<br>15:39:42<br>Filed:<br>08/10/2018 | Category: cmp<br>Event:<br>Application for Pen Register |

| | | |
|---|---|---|
| CASE CLOSED on 08/10/2018 | | Document: 1 |
| | | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) |
| 1:18-pr-00256-BAH *SEALED* APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE ON ONE CHARTER COMMUNICATIONS TELEPHONE NUMBER CASE CLOSED on 08/15/2018 | Entered: 08/14/2018 14:54:47 Filed: 08/14/2018 | Category: cmp Event: Application for Pen Register Document: 1 |
| | | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachment: # 1 Text of Proposed Order) (zad) |
| 1:18-pr-00257-BAH *SEALED* APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE ON ONE CHARTER COMMUNICATIONS ACCOUNT CASE CLOSED on 08/15/2018 | Entered: 08/14/2018 14:27:52 Filed: 08/14/2018 | Category: misc Event: Application for Pen Register Document: 1 |
| | | APPLICATION for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service on a cellular telephone number by UNITED STATES OF AMERICA. (Attachment: # 1 Text of Proposed Order) (zad) |
| 1:18-pr-00298-BAH *SEALED* APPLICATION OF USA FOR | Entered: 09/12/2018 | Category: cmp Event: |

| | | |
|---|---|---|
| PRTT ORDER<br>CASE CLOSED on 09/12/2018 | 15:07:57<br>Filed:<br>09/12/2018 | Application for Pen Register<br>Document: 1 |
| |  | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) |
| 1:18-pr-00299-BAH *SEALED*<br>APPLICATION OF USA FOR PRTT ORDER<br>CASE CLOSED on 09/12/2018 | Entered:<br>09/12/2018<br>15:10:30<br>Filed:<br>09/12/2018 | Category: cmp<br>Event: Application for Pen Register<br>Document: 1 |
| |  | Application for Order authorizing the installation and use of a pen register, trap and trace, and caller identification service filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order) |